IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTELLATION NEWENERGY - GAS DIVISION, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BRIAN KROHN,  ENCORE ENERGY SERVICES, INC.,<br><br>                    Defendants. | 8:14CV200<br><br>ORDER |

This matter is before the court on Defendant Encore Energy Services, Inc.'s Motion to Extend, (Filing No. 30).  The motion is unopposed and is granted.

Accordingly, it is ORDERED that:

1) The new deadline to amend pleadings or add parties is February 9, 2015.

2) The new deadline to complete written discovery is March 9, 2015;

3) The new deadline to complete non-expert depositions is April 9, 2015.

4) Otherwise, the Final Progression Order, (Filing No. 25), remains in full force and effect.

Dated this 22nd day of December, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge