IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTELLATION NEWENERGY - GAS DIVISION, LLC,<br><br>             Plaintiff,<br><br>  vs.<br><br>BRIAN KROHN, ENCORE ENERGY SERVICES, INC.,<br><br>             Defendants. | 8:14CV200<br><br>ORDER |

IT IS ORDERED:

The motion to permit Susan M. Foster to withdraw as counsel on behalf of Plaintiff Constellation NewEnergy – Gas Division, LLC, (filing no. 35), is granted.

Dated this 23rd day of January, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge