IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTELLATION NEWENERGY - GAS DIVISION, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN KROHN and ENCORE ENERGY SERVICES, INC.,<br><br>　　　　　　Defendants. | 8:14-CV-200<br><br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before March 9, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of March 9, 2015.

Dated this 10th day of February, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge