IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CONSTELLATION NEWENERGY -
GAS DIVISION, LLC,

                        Plaintiff,

vs.

BRIAN KROHN and ENCORE ENERGY
SERVICES, INC.,

                        Defendants.

8:14-CV-200

JUDGMENT

      Pursuant to the parties' joint stipulation (filing 44), this case is dismissed with prejudice, each party to bear its own costs and fees.

      Dated this 18th day of February, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge